J-S03005-21

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| DEMETRIUS CARLOS COLEMAN, | : | No. 938 WDA 2019 |

Appeal from the Judgment of Sentence Entered June 5, 2019
in the Court of Common Pleas of Allegheny County
Criminal Division at No(s): CP-02-CR-0004460-2017

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| | : | |
| v. | : | |
| | : | |
| DEMETRIUS CARLOS COLEMAN, | : | |
| | : | |
| Appellant | : | No. 972 WDA 2019 |

Appeal from the Judgment of Sentence Entered June 5, 2019
in the Court of Common Pleas of Allegheny County
Criminal Division at No(s): CP-02-CR-0004460-2017

BEFORE:   DUBOW, J., MURRAY, J., and STRASSBURGER, J.[*]

CONCURRING MEMORANDUM BY STRASSBURGER, J.:**FILED FEBRUARY 09, 2021**

I join the Majority Memorandum.  I write separately to address the sentencing issue.  I agree that this issue is controlled by *Commonwealth v. Morris*, 958 A.2d 569 (Pa. Super. 2008) (*en banc*).  I recognize that I am bound by that decision.  However, I am not bound to like it.  While I would

_____
[*] Retired Senior Judge assigned to the Superior Court.

not use such fiery language as the learned trial judge, the Honorable David Cashman, who referred to **Morris** as "illogical" and "ludicrous," I believe it was wrongly decided.